UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH SERKEZ,<br><br>                     Plaintiff,<br><br>        -against-<br><br>GOV AGENCYS, ET AL,<br><br>                    Defendants. | 22-CV-8013(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 26, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 26, 2022
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                               Chief United States District Judge